UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  5:24-cv-01691-SB-SSC                                    Date: February 6, 2025

Title     Manuel Aleman Jr. v. J. Doerer

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:
         None Present                                            None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Petitioner's Failure to Prosecute, Comply with a Court Order, and/or Update His Address**

On August 7, 2024, *pro se* Manuel Aleman Jr. filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241.  (ECF 1.)  On October 30, 2024, the Court ordered Respondent to file an answer to the petition or a motion to dismiss by December 16, 2024.  (ECF 7 at 2.)  The Court further ordered that, if Respondent filed a motion to dismiss the petition, Petitioner was to file a mandatory opposition or non-opposition to the motion by January 15, 2025.  (*Id.* at 3.)

The deadline to file an opposition or non-opposition to the motion to dismiss has passed and the Court has not received any communication from Petitioner.  In addition, the Court has discovered that Petitioner no longer is incarcerated at his address of record.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:24-cv-01691-SB-SSC                           Date: February 6, 2025

Title   Manuel Aleman Jr. v. J. Doerer

According to the Bureau of Prisons' online inmate locator, Petitioner has been transferred to the Federal Correctional Institution, Pollock in Pollock Louisiana.  *See* Inmate Locator, www.bop.gov/inmateloc/ (input registration number 79966-510) (last visited Feb. 6, 2025).  Pursuant to Rule 41-6 of the Local Civil Rules for the Central District of California, it is Petitioner's obligation to keep the Court informed of his current address.

　　Accordingly, IT IS ORDERED that the Clerk update Petitioner's address of record as follows and to mail a copy of this order to Petitioner at his new address:

　　Manuel Aleman Jr.
　　Reg. No. 79966-510
　　FCI Pollock
　　Federal Correctional Institution
　　P. O. Box 4050
　　Pollock, LA 71467

　　In addition, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **March 10, 2025**, why this action should not be dismissed for failure to prosecute, comply with a court order, and update his address pursuant to the Court's Local Rule.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **March 10, 2025**.

　　If Petitioner files an opposition or non-opposition by **March 10, 2025**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  5:24-cv-01691-SB-SSC                  Date: February 6, 2025

Title     Manuel Aleman Jr. v. J. Doerer

    Petitioner is cautioned that failure timely to file a response to this order, an opposition or non-opposition to the motion to dismiss, or a notice of voluntary dismissal, will result in a recommendation to the district judge to dismiss this case for failure to prosecute, comply with a court order, and update his address.

**IT IS SO ORDERED.**

                                                                                 :

Initials of Preparer     **ts**