UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALEMAN JR., <br><br> Petitioner, <br><br> v. <br><br> J. DOERER, <br><br> Respondent. | No. 5:24-cv-01691-SB-SSC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the U.S. Magistrate Judge. The deadline for filing objections to the Report and Recommendation passed on April 21, 2025, and no objections have been filed. The Court accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute and comply with court orders and the Local Rules.

Date: May 12, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge