UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALEMAN JR., <br><br> Petitioner, <br><br> v. <br><br> J. DOERER, <br><br> Respondent. | No. 5:24-cv-01691-SB-SSC <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: May 12, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge